# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAREGUI, an individual, <br><br> Plaintiff, <br> vs. <br><br> KEVCON, INC., a California corporation; KEVIN KUTINA, an individual; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 09 CV 2663 JM (POR) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR ANSWER** <br><br> Doc. Nos. 5, 6 |

    Pending before the court are two joint motion to extend Defendants' time to answer or otherwise respond to the complaint. Finding good cause, the court hereby GRANTS the motions. Defendants shall file an answer or other responsive pleading no later than February 5, 2010.

**IT IS SO ORDERED.**

DATED: January 7, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge